# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-0719
LT Case No. 54-2020-CA-67

———————————————

JOHN F. CRITTENDEN, JR. and
LAURIE B. CRITTENDEN,

    Appellants,

    v.

REGINALD H. TUMLIN, JR.,
RONALD G. TUMLIN, and
REGINALD H. TUMLIN as
Successor Trustees of the
Georgie H. Terwillegar
Revocable Living Trust,

    Appellees.

———————————————

On appeal from the Circuit Court for Putnam County.
Kenneth J. Janesk, II, Judge.

John D. Middleton, of Middleton & Middleton, P.A., Melrose,
for Appellants.

Peter A. Robertson, of The Robertson Firm, P.A., St. Augustine,
for Appellees.

April 14, 2026

PER CURIAM.

AFFIRMED.

LAMBERT, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____